# EXHIBIT 1

US00D749364S

(12) **United States Design Patent**   (10) Patent No.:   **US D749,364 S**

Hebert   (45) Date of Patent:   ** **Feb. 16, 2016**

(54) **SHOT GLASS**

(71) Applicant: **Eric Michael Hebert**, Harrisburg, NC (US)

(72) Inventor: **Eric Michael Hebert**, Harrisburg, NC (US)

(73) Assignee: **Fairly Odd Treasures, LLC.**, Harrisburg, NC (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/513,806**

(22) Filed: **Jan. 6, 2015**

(51) **LOC (10) Cl.** ................................................. **07-01**

(52) **U.S. Cl.**
USPC .......................................... **D7/515**; D23/302

(58) **Field of Classification Search**
USPC ....... D7/523, 532, 524, 509, 515, 514, 300.1,
D7/536, 533, 368, 306; 220/703, 592.16,
220/592.17; 215/382; D23/302
CPC ... A47G 19/22; A47G 19/23; A47G 19/2205;
A24F 3/00; E03D 13/00; A47K 17/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D300,351 S | * | 3/1989 | Juaire | D23/302 |
| D372,962 S | * | 8/1996 | Thomas | D23/302 |
| D405,876 S | * | 2/1999 | Thomas | D23/302 |
| D510,133 S | * | 9/2005 | Hauflaire | D23/302 |
| D618,323 S | * | 6/2010 | Ogawa | D23/302 |
| 7,992,231 B1 | * | 8/2011 | Schlicksup | E03D 13/00 4/300.3 |
| D723,336 S | * | 3/2015 | Ash | D7/515 |
| D743,012 S | * | 11/2015 | Ahola | D23/302 |

* cited by examiner

*Primary Examiner* — Marianne Pandozzi

(57) **CLAIM**

The ornamental design for a shot glass, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a shot glass showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a back view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

Case: 1:25-cv-14351 Document #: 7-1 Filed: 12/03/25 Page 6 of 9 PageID #:84



FIG. 4



FIG. 5

Case: 1:25-cv-14351 Document #: 7-1 Filed: 12/03/25 Page 8 of 9 PageID #:86



FIG. 6

Case: 1:25-cv-14351 Document #: 7-1 Filed: 12/03/25 Page 9 of 9 PageID #:87



FIG. 7