# Exhibit 4

# DTGPC

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 1

Store Name: DTGPC

Merchant ID: A3VBLCHKCMGHS0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VBLCHKCMGHS0

Product ID: B0DBGZY7FJ

Product URL: https://www.amazon.com/dp/B0DBGZY7FJ?keywords=Urinal%20Shot%20Glasses&m=A3VBLCHKCMGHS0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed:

Trademark Infringed:

Design Patent Infringed: USD749364

Number of Unique Infringements: 1

Screenshots Captured on: 2025-03-04



Doe #1

Design Patent Registration Numbers: USD749364



Doe #1

Design Patent Registration Numbers: USD749364

3



Doe #1

Design Patent Registration Numbers: USD749364